IRVING SCHERLING et al., Appellants, v. FRANK BRIMBERG et al., Respondents. —In a summary proceeding, wherein the landlords sought possession of the demised premises upon the ground that the tenants have been using the premises illegally for the storage and sale of gasoline, lubricating and inflammable oils and for the repair of automobiles, they appeal from an order of the Appellate Term, which affirmed a final order of the Municipal Court of the City of New York, Borough of Brooklyn, entered on a directed verdict for the tenants. Order unanimously affirmed, with costs. No opinion. Present — Carswell, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ.

■

PAULINE SPALDING, Respondent, v. WILLIAM SPALDING, Appellant.— In a proceeding by a wife against her husband to compel him to support her and their minor children, the appeal is from an order of the Domestic Relations Court of the City of New York, Family Court Division, County of Kings, which order modified a previous order by increasing the amount to be paid for such support from the sum of $30 a week to the sum of $40 a week. Order reversed on the facts and proceedings remitted to the Domestic Relations Court for further proceedings not inconsistent with the views herein set forth. In the light of the admitted earnings of the wife, $8 or $9 a day, and the fact that the husband pays $11.50 a week for the care of the children at State institutions, the direction to pay $40 a week was excessive. Carswell, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ., concur.

■

RAPHAEL S. SPANO, Appellant, v. ARTHUR S. MOORE et al., Respondents.— Plaintiff, a physician and surgeon, was associated with a private hospital, of which the defendant Moore was superintendent. The defendant Faulkner, an attorney, is one of fifteen or sixteen members of the hospital's board of directors. The other six defendants, all physicians, are, or were, members of the hospital's medical council. On July 31, 1942, the board of directors, under the by-laws, revoked plaintiff's privileges at the hospital. Plaintiff brought this action to recover damages for injury in his profession because of the alleged conspiracy of the defendants, or some of them, in making false and malicious representations to the board of directors. The jury rendered a verdict in favor of defendants, and plaintiff appeals from the judgment entered thereon. Judgment unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Carswell, Adel, Wenzel and Schmidt, JJ. [See *post*, p. 896.]